RECEIVED
JUL 3 1 2002
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/31/02
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

VOICESTREAM WIRELESS CORPORATION,

*Plaintiff*

VERSUS

AERIAL WAVE, LLC, ET AL.

*Defendants*

CIVIL ACTION NO. CV02-1614 L-O

SECTION " "

MAG. JUDGE

JUDGE MELANÇON

MAGISTRATE JUDGE HILL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion for Order (1) Authorizing Voicestream to Deposit Interpleader Funds Into Registry and (2) Enjoining Other Federal and State Court Actions Affecting Funds (the "Motion") filed by Voicestream Wireless Corporation ("Voicestream"),

IT IS HEREBY ORDERED that the Motion is GRANTED, and that, pursuant to 28 U.S.C. § 1335, Voicestream is authorized to deposit the disputed funds in the amount of $121,319.89 (the "Stake") into the Court's registry; and

IT IS FURTHER ORDERED that, until a ruling on Voicestream's request for a permanent injunction is final, all persons who seek recovery for work allegedly performed for and/or materials allegedly supplied to TWR FREQS, L.L.C. and/or Voicestream in connection with the construction of communication towers for Voicestream from pursuing satisfaction of



such claim in any other court of the United States or in any state court, whether such claims are now pending or may be filed.

Lafayette, Louisiana, this 31st day of July, 2002.

_____
JUDGE / ~~MAGISTRATE~~ JUDGE

COPY SENT:
DATE: 8/6/02
BY: K
TO: Financial
Zuckerman

2