RECEIVED

SEP 1 9 2002

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9 23 2002
BY

| | | |
|---|---|---|
| **VOICESTREAM WIRELESS** | * | **CIVIL ACTION NO.** 02-1614 |
| **CORPORATION,** | * | |
| *Plaintiff* | * | **SECTION "L-O"** |
| | * | |
| **VERSUS** | * | **JUDGE MELANCON** |
| | * | |
| **AERIAL WAVE, LLC, ALLEN PARTNERS** | * | **MAG. JUDGE HILL** |
| **COMMUNICATIONS, L.L.C., EXCEL** | * | |
| **ELECTRIC, INC., GULF SOUTH PILING &** | * | |
| **CONSTRUCTION, INC.,  MO EQUIPMENT** | * | |
| **SERVICE, INC., NICHOL'S CONSTRUCTION** | * | |
| **COMPANY, L.L.C., PATTERSON-** | * | |
| **WEEKS CONSTRUCTION** | * | |
| **SERVICES, L.L.C., RICKY MOREAU** | * | |
| **D/B/A MOREAU'S MATERIALS YARD,** | * | |
| **SCOTT FENCE U S A, INC., SCREW** | * | |
| **ANCHORS CORPORATION, SPECIALTY** | * | |
| **CONCRETE CONSTRUCTION, INC.,** | * | |
| **TEXCOMM WIRELESS, LTD., TWR FREQS,** | * | |
| **L.L.C., UTILITY SERVICE** | * | |
| **COMMUNICATIONS CO., INC.,** | * | |
| **WEBCOMM, INC., WESCO DISTRIBUTION** | * | |
| **INC. D/B/A REILY ELECTRICAL SUPPLY,** | * | |
| **WW FOUNDATION DRILLING, LTD.,** | * | |
| **ABC CLAIMANT, AND DEF CLAIMANT,** | * | |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST SUPPLEMENTAL AND AMENDED
## COMPLAINT FOR INTERPLEADER

NOW INTO COURT, through undersigned counsel, comes Voicestream Wireless

Corporation ("Voicestream"), who in its "First Supplemental And Amended Complaint For

Interpleader" re-alleges all prior allegations set forth in the original Complaint in paragraphs 1 to

41 thereof, and in addition, respectfully supplements and amends the corresponding paragraphs

as follows:



## **PARTIES**

2.

(t)     **Ike Smith Electric, Inc.** (hereinafter "ISE"), a Louisiana corporation with its principal place of business in East Baton Rouge Parish.

## **CLAIMS MADE AGAINST VOICESTREAM**
## **FOR PAYMENT FROM THE STAKE**

22.1.

Upon information and belief, on or about June 14, 2002, ISE made written demand and requested payment in the amount of $30,084.91 from TWR FREQS, L.L.C. for work performed.

22.2

ISE subsequently filed a suit on open account against TWR FREQS, L.L.C. in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, No. 497,848, Division "D."

22.3

Although formal demand on Voicestream for payment from the Stake has not been made, ISE claims or may claim that it is entitled to payment from the Stake for services  performed and/or materials provided to TWR FREQS, L.L.C. for which TWR FREQS, L.L.C. has not paid them.

WHEREFORE, Voicestream incorporates herein all allegations and the Prayer for Relief set forth in its original Complaint for Interpleader, and further prays that Ike Smith Electric, Inc. be required to interplead and settle its right, if any, to the Stake.

Respectfully Submitted By:

_____

ROBERT W. MOUTON, T.A. (#19717)
ADAM B. ZUCKERMAN (#25943)
LOCKE LIDDELL & SAPP LLP
601 Poydras Street, Suite 2400
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR VOICESTREAM WIRELESS
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served via United States Mail, first class postage pre-paid and properly addressed, on this 18 day of September, 2002.

_____
Adam B. Zuckerman